IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-18 (MTT) |
| | ) |
| WILFREDO RIVERA SANABRIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved to continue this case until the next trial term. Doc. 71. This defendant, along with co-defendant Jose Luis Sanabria, was indicted on March 12, 2024, and had his arraignment in this Court on April 10, 2024. Docs. 1; 25. Four prior continuances have been granted. Docs. 39; 52; 56; 63. The defendant, by and through his counsel, now moves the Court to continue this case until the next trial term to allow additional time for the defendant to complete a long-term drug treatment program expected to conclude in April 2025. Doc. 62 ¶ 2. The Court has confirmed the government does not oppose the motion.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial. Accordingly, the motion (Doc. 71) is **GRANTED**. The case is continued from the January term until the Court's next trial term presently scheduled for **March 10, 2025**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 16th day of December, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT