IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * |
| | Case Number: 5:24-cr-00018-MTT-CHW-1 |
| WILFREDO RIVERA SANABRIA, | * |
| Defendant. | * |

## O R D E R

Pursuant to an Appearance Bond dated April 12, 2024, Defendant was released on bond following the payment into the registry of the Court of the sum of $5,000. The conditions of the Appearance Bond have now been met, and the Clerk is directed to disburse from the registry of the Court the sum of $5,000, plus all accrued interest less any amounts necessary for administrative fees of the Court to: MARIA M SANABRIA RODRIGUEZ.

This 14th day of July 2025.

S/ Marc T. Treadwell
_____
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT